Opinion by TILSON, J. It was established that certain items consist of knit outerwear in chief value of rayon similar to that involved in Abstract 36548. The claim at 45 cents per pound and 65 percent ad valorem under paragraph 1309 was therefore sustained.

**No. 40846.**—Protests 667698–G, etc., of Rolland Frères, Inc. (New York).

. Opinion by TILSON, J. In accordance with stipulation of counsel and on the authority of Abstract 36548 the knit outerwear in question was held dutiable as follows: (1) in chief value of rayon at 45 cents per pound and 65 percent ad valorem under paragraph 1309; (2) in chief value of cotton at 45 percent under paragraph 917; and (3) in chief value of wool at 50 cents per pound and 50 percent ad valorem under paragraph 1114.

**No. 40847.**—Protests 365755–G, etc., of Mary Liotta, Inc. (New York).

Opinion by TILSON, J. The record established that certain items consist of articles in chief value of cellulose filaments similar to those involved in Abstract 37230. The claim as cellulose compounds at 60 percent under paragraph 31 was therefore sustained. Alençon laces similar to those involved in *United States* v. *Caesar* (18 C. C. P. A. 106, T. D. 44067) were held dutiable at 75 percent under paragraph 1430 as claimed.

**No. 40848.**—Protest 328893–G of J. E. Bernard & Co., Inc. (New York).

Opinion by TILSON, J. The record showed that certain items consist of articles in chief value of cellulose filaments similar to those involved in Abstract 37230. The claim at 60 percent under paragraph 31 was therefore sustained.

**No. 40849.**—Protests 609925–G, etc., of Guzofsky-Kalinsky, Inc., et al. (New York).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 40850.**—Protest 970770–G of Swiss Trading Co. (New York).

Opinion by KINCHELOE, J. In accordance with stipulation of counsel and on the authority of *Perseverance* v. *United States* (T. D. 49290) it was held that the additional duty of 10 cents per pound under paragraph 924 should have been assessed only on the actual weight of the cotton content as noted on the invoices.

BEFORE THE FIRST DIVISION, MARCH 20, 1939

**No. 40851.**—Protests 897387–G (A), etc., of Gibson-Thomsen Co., Inc. (New York).

Opinion by McClelland, P. J. It was stipulated that the merchandise consists of cloth brushes and hat brushes similar to those passed upon in *United States* v. *Heinrich Herrmann & Weiss* (26 C. C. P. A. 292, C. A. D. 30). The claim at 50 percent under paragraph 1506 was therefore sustained.

No. 40852.—Protests 764672–G, etc., of L. S. Mayer et al. (New York).

Opinion by McClelland, P. J. It was stipulated that the merchandise consists of cloth brushes and hat brushes similar to those passed upon in *United States* v. *Heinrich Herrmann & Weiss* (26 C. C. P. A. 292, C. A. D. 30). The claim at 50 percent under paragraph 1506 was therefore sustained.

No. 40853.—Protests 761838–G, etc., of Heinrich Herrmann & Weiss et al. (New York).

Opinion by McClelland, P. J. It was stipulated that the merchandise consists of cloth brushes and hat brushes similar to those passed upon in *United States* v. *Heinrich Herrmann & Weiss* (26 C. C. P. A. 292, C. A. D. 30). The claim at 50 percent under paragraph 1506 was therefore sustained.

No. 40854. Protests 760761–G, etc., of Ignaz Strauss & Co., Inc. (New York).

Opinion by McClelland, P. J. It was stipulated that the merchandise consists of cloth brushes and hat brushes similar to those passed upon in *United States* v. *Heinrich Herrmann & Weiss* (26 C. C. P. A. 292, C. A. D. 30). The claim at 50 percent under paragraph 1506 was therefore sustained.

No. 40855.—Protest 728278–G of Kwong Yuen & Co. (New York).

Opinion by Sullivan, J. In accordance with stipulation of counsel and on the authority of *Kwong* v. *United States* (T. D. 49409) the wooden stands in question were held dutiable at 33⅓ percent under paragraph 412 as claimed.

No. 40856.—Protest 848249–G of Long Sang Ti Chinese Curio Co. (New York).

Opinion by Sullivan, J. In accordance with stipulation of counsel and on the authority of *Kwong* v. *United States* (T. D. 49409) the wooden stands in question were held dutiable at 33⅓ percent under paragraph 412 as claimed.

No. 40857.—Protest 929353–G of Kwong Yuen & Co., Inc. (New York).

Opinion by Sullivan, J. In accordance with stipulation of counsel and on the authority of *Kwong* v. *United States* (T. D. 49409) the wooden stands in question were held dutiable at 33⅓ percent under paragraph 412 and stands in chief value of metal at 45 percent under paragraph 397 as claimed.